# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

RICARDO LICONA ESCORZA,
                                 Petitioner,

v.

WARDEN, IRWIN COUNTY
DETENTION CENTER; KRISTI
NOEM, Secretary, U.S. Department of
Homeland Security.
                                 Respondents.

Case No. 7:26-cv-00064

## **Notice of Voluntary Dismissal**

Petitioner, by and through undersigned counsel, hereby provides notice of voluntary dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. After the filing of the Petition, Petitioner was provided a bond hearing before an Immigration Judge. Bond was granted, and Petitioner has been released from custody. Accordingly, the relief sought in this action has been obtained, and Petitioner voluntarily dismisses this case.

1

Respectfully submitted this 13th day of April, 2026.

/s/ Shirley C. Zambrano
Shirley C. Zambrano
GA Bar Number: 741429
1995 North Park Place, Suite 360
Atlanta, GA 30339
Phone: 770-769-5821
Fax: 770-769-5810
szambrano@zambranolaw.com

SO ORDERED this _16th_ day
of _April, 2026_

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

On this 13th day of 2026, I, Shirley C. Zambrano, electronically filed the foregoing Notice of Voluntary Dismissal, with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this Notice of Voluntary Dismissal, and all attachments thereto, will be delivered via PACER.

/s/ Shirley C. Zambrano
Shirley C. Zambrano
GA Bar Number: 741429
1995 North Park Place, Suite 360
Atlanta, GA 30339
Phone: 770-769-5821
Fax: 770-769-5810
szambrano@zambranolaw.com